UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: DAMON WAYNE KEELY, JR.          CASE NO. 17-51038
      TAYLOR ELIZABETH KEELY          CHAPTER 7
      AKA TAYLOR ELIZABETH WEBB

## MOTION FOR RELIEF FROM AUTOMATIC STAY

The motion of WELLS FARGO BANK, NA ("Movant"), a secured creditor, respectfully represents:

1.

The Debtors in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 7 of the United States Bankruptcy Code on August 09, 2017.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of inter alia 11 U.S.C. 362 and 28 U.S.C. 157 and 1334.

3.

Movant is the entity entitled to enforce a note in the original principal amount of $118,367.00, dated December 04, 2012 executed by Damon Wayne Keely Jr and Taylor Webb Keely secured by a mortgage, recorded at File No. 2012-00047885, in the records of Lafayette Parish, Louisiana, affecting the following described property located in Carenco, Louisiana:

> That certain parcel of ground, together with all improvements thereon, located in Section 87, Township 8 South, Range 5 East, Lafayette Parish, Louisiana, containing .9185 acres, having a frontage on Simon Latour Road, of approximately 220.35', by a depth on the southerly line of approximately 194.09' and a depth along the northerly line of approximately 193.02' and a length of approximately 220.54' along its easterly line, all as is more fully shown by reference to that certain plat of survey prepared by Edmond E. Dupre, Jr., Land Surveyor, dated May 9, 1978, attached to Act No. 78-13088 of the records of Lafayette Parish, Louisiana, said parcel depicted as the southern half of the lot

shown on said plat of survey, said property being bounded on the east by Yolanne Coussan, north by property of Brian Delahoussaye, south by Simon L. Latour and west by Simon L. Latour.

bearing the municipal address of 107 Simon Latour Road, Carenco, Louisiana 70520.

4.

Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5.

The Debtors are in default on the obligations under the Note and Mortgage to Movant. As of November 13, 2017, the Debtors are delinquent for the months of June 1, 2017 through November 1, 2017 on the direct monthly mortgage payments of $967.76 each.

6.

The payoff of the subject loan as of November 13, 2017 is $113,576.33, not including attorney's fees.

7.

The value of the property as reflected by the Debtors' Schedules, and to which Creditor stipulates for purposes of this motion only, is $120,000.00. After the debtors' homestead exemption and the costs associated with the selling of said property, there is no equity in the property for the benefit of unsecured creditors.

8.

For the foregoing reasons, Movant requests that the automatic stay in this case be lifted insofar as the property described in Paragraph (3) hereof is affected thereby.

WHEREFORE, MOVANT PRAYS that after all delays have elapsed and proceedings are had, this Honorable Court enter an order terminating the automatic stay provided for by 11 U.S.C. 362(a) as to the estate of the Debtors so to allow Movant to enforce any and all rights it has in respect to the property described in Paragraph (3) herein via state court foreclosure proceedings or otherwise.

MOVANT FURTHER PRAYS:

(I) that Movant be awarded reasonable attorney's fees and costs in conjunction with the filing of this motion;

(II) that the fourteen (14) day stay of an order lifting stay as provided in Bankruptcy Rule 4001(a)(3) be waived and dispensed with;

(III) that any order remain in effect regardless of conversion to another Chapter;

(IV) that the right to file an amended unsecured claim for any deficiency is reserved;

(V) that it be permitted to contact Debtor(s) and/or Debtor's Counsel for the purpose of engaging in discussions and consideration of loss mitigation options, solutions and/or resolutions including, but not limited to, a loan modification or other loss mitigation alternatives.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR